UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:17-cv-14070-RLR

FRANCIS MARTINEZ,

    Plaintiff,

vs.

THE MEN'S WEARHOUSE, INC.,
d/b/a MEN'S WEARHOUSE,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), and Defendant, THE MEN'S WEARHOUSE, INC., ("Defendant"), by and through their respective undersigned counsels, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this case be dismissed <u>with prejudice</u>, with each party to bear its/his own fees and costs. Plaintiff and Defendant request that this Court enter an Order of Dismissal with Prejudice.

Respectfully Submitted this 24th day of May, 2017.

By: /s/ *Jason S. Weiss*                   By: /s/ *Liana R. Hollingsworth*
    Jason S. Weiss                               Liana R. Hollingsworth
    Jason@jswlawyer.com                 lrhollingsworth@vorys.com
    Florida Bar No. 356890                Florida Bar No. 0076930
    WEISS LAW GROUP, P.A.            VORYS, SATER, SEYMOUR AND
    5531 N. University Drive, Suite 103     PEASE LLP
    Coral Springs, FL 33067             200 Public Square, Suite 1400
    Tel: (954) 573-2800                   Cleveland, OH 44114
    Fax: (954) 573-2798                  Tel: (216) 479-6100
    *Attorneys for Plaintiff*                Fax: (216) 479-6060
                                                    *Attorney for Defendant*