UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:17-CV-14070-ROSENBERG/LYNCH

FRANCIS MARTINEZ,

    Plaintiff,

v.

THE MEN'S WAREHOUSE, INC.,
d/b/a Men's Warehouse,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal with Prejudice filed by Plaintiff FRANCIS MARTINEZ and Defendant THE MEN'S WAREHOUSE, INC. d/b/a Men's Warehouse. DE 12. Having considered the stipulation and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action and all claims asserted herein are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

2. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

3. The case shall be **CLOSED**.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida this 24th day of May, 2017.

                                                                       ROBIN L. ROSENBERG
                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF